AUTHORIZED AND APPROVED DATE: _____ 3/9/21

# United States District Court
### for the

FILED

WESTERN _____ DISTRICT OF _____ OKLAHOMA   MAR - 9 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

UNITED STATES OF AMERICA,  )
                             )
        Plaintiff,  )
                             )
     -vs-  )    No. M-21- 138 -SM
                             )
DONELL FRASER,  )
                             )
        Defendant.  )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about March 8, 2021, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of 50 grams or more of actual methamphetamine |

This criminal complaint is based on these facts: See attached Affidavit of Special Agent Quintin R. Cooper with the Drug Enforcement Administration, which is incorporated and made a part hereof by reference.

☐ Continued on the attached sheet.

_____
*Complainant's signature*
QUINTIN R. COOPER, Special Agent
Drug Enforcement Administration

Sworn to before me and signed in my presence.

Date: _3 - 9 - 21_____

_____
*Judge's signature*

City and State: Oklahoma City, Oklahoma

SUZANNE MITCHELL, U.S. Magistrate Judge
*Printed name and title*

STATE OF OKLAHOMA     )
                                     )
COUNTY OF OKLAHOMA     )

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Quintin R. Cooper, am a Special Agent (SA) of the Drug Enforcement Administration (DEA) being duly sworn, depose and state as follows:

1.      I am "an investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code, Section 2516.

2.      I have been employed by the DEA since March of 2019. After successfully completing the DEA Basic Agent Academy in Quantico, Virginia, I was assigned to the DEA Oklahoma City District Office.

3.      During my employment in law enforcement, I have received training and conducted investigations related to illicit drugs and the distribution of illicit drugs in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), 846, and others. I have participated in many aspects of drug investigations including the following: undercover operations; surveillance; search warrants; arrests; reviewing taped conversations and drug records, along with debriefing defendants, informants, and witnesses who had personal knowledge regarding major narcotics trafficking organizations.

4.    I have had conversations with and been in the company of other experienced local, state and federal law enforcement officers as well as prosecuting attorneys representing both state and federal systems concerning narcotics and dangerous drug trafficking activities and criminal violations. I also worked in the company of other experienced law enforcement officers and have discussed their investigative techniques and experiences with them. In the course of investigations, which I have been party to, I have become familiar with the clandestine business practices of drug traffickers and illicit drug traffickers.

5.    I have received formal training in the detection and recognition of criminal activity, including narcotic and gang related offenses. I have also been involved in numerous narcotic investigations on the state and federal level which have resulted in apprehension of persons on narcotic and narcotic related charges during my career in law enforcement.

## PURPOSE OF AFFIDAVIT

6.    This affidavit is submitted in support of a criminal complaint charging Donell FRASER (DOB: XX-XX-1976) distributed 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1). The facts contained in this affidavit are offered to establish probable cause, and do not represent every fact known to myself or other participating agents.

## FACTS AND CIRCUMSTANCES

7.      In January of 2021, agents/officers obtained information that FRASER was distributing methamphetamine in the Oklahoma City area.

8.      On January 21, 2021, agents/officers made a controlled purchase of over 50 grams of actual methamphetamine from FRASER by utilizing a confidential source (CS). FRASER arrived at the meeting location in a black 2001 Lexus RX300 bearing Oklahoma License Plate: KER482. The black Lexus then parked near the CS vehicle. The CS then exited his/her vehicle and entered the black Lexus. The CS observed FRASER sitting in the driver's seat and a female passenger sitting in the front passenger seat. The CS advised once he/she got into the vehicle, FRASER handed the CS a plastic bag containing a crystal like substance. The CS stated he/she then provided FRASER the currency to purchase the methamphetamine. The crystal like substance was sent to the South Central Laboratory and tested positive for methamphetamine. The net weight of the methamphetamine was over 100 grams. The substance purity was 100%.

9.      On March 3, 2021, agents/officers made a controlled purchase of over 50 grams of methamphetamine from FRASER by utilizing a CS. FRASER arrived at the meeting location in a black 2001 Lexus RX300 bearing Oklahoma License Plate: KER482. The black Lexus then parked near the CS vehicle. The CS then exited his/her vehicle and entered the black Lexus. The CS observed FRASER sitting in the front passenger seat and a female passenger sitting in the driver's seat. The CS advised once he/she got into the vehicle, FRASER handed the CS a plastic bag containing a crystal like substance. The CS stated he/she then provided FRASER the currency to purchase the methamphetamine. The

3

crystal like substance was field tested and tested positive for the presence of methamphetamine. Results are still pending for the purity of the methamphetamine.

10.     Prior to both controlled buys, the CS and the CS's vehicle were searched by law enforcement for the presence of illegal contraband with negative results. The CS has worked with DEA for approximately two months and has proven to be reliable and trustworthy.

11.     On March 8, 2021, Agents/officers conducted an arrest operation of FRASER. Agents/Officers directed a CS to contact FRASER and inquire purchasing over 50 grams of methamphetamine. FRASER advised he only had a half pound of methamphetamine available and was waiting for his source of supply to return his call/message. The CS advised FRASER he was at the meeting location to make the methamphetamine transaction. Agents/officers observed FRASER exit his apartment located at 6000 E. Reno Ave., Apartment 1003, Oklahoma City, OK and get inside a black Lexus RX 300, Oklahoma License Plate: KER482, and depart the apartment complex. Moments later, FRASER arrived at the meeting location. Once FRASER parked the black Lexus, agents/officers made contact with FRASER and arrested him. While searching FRASER's person, agents/officers located a plastic bag containing a crystal like substance. The crystal like substance was field tested and tested positive for the presence of methamphetamine. Results are still pending for the purity of the methamphetamine.

12.     On March 8, 2021, SA Quintin Cooper applied for, and was granted a search warrant for FRASER's apartment located at 6000 E. Reno Ave., Apartment 1003, Oklahoma City, OK. During the execution of the search warrant agents/officers located an

undetermined amount of currency and two handguns. During a post-*Miranda* interview of FRASER, FRASER admitted the two handguns located at the apartment belonged to him.

## CONCLUSION

13.     Based on the facts set forth in this affidavit and my training and experience, there is probable cause to believe that Donell FRASER violated 21 U.S.C. § 841(a)(1). I respectfully request a warrant be issued for his arrest.


Quintin R. Cooper, Special Agent
Drug Enforcement Administration


Sworn and subscribed before me this _____ day of March 2021.


SUZANNE MITCHELL
United States Magistrate Judge